UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Albert Ortiz

Defendant.

22-cr-63 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court hereby schedules sentencing for Mr. Ortiz for May 2, 2022, at 10:00 a.m. The proceeding will take place in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: February 3, 2022
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1